**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose De Jesus CANO–LOPEZ, Defendant–Appellant.**

No. 06–40074
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Jose De Jesus Cano–Lopez, San Antonio, TX, pro se.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

Counsel for Jose De Jesus Cano–Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cano–Lopez has not filed a response to counsel's motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.